J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Bank of America and Recontrust Company, N.A. (erroneously named in caption as Recontrust Company)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES HAGAN and RITA HAGAN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, a foreign corporation; RECONTRUST COMPANY, a Nevada corporation; et al.,<br><br>Defendants. | Case: 2:10-cv-01430-RLH-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court signed a Stipulation and Order for Dismissal without Prejudice on December 6, 2010, [DE 14]. Defendants further request that the lis pendens currently recorded against the subject property by Plaintiffs Charles Hagan and Rita Hagan ("Plaintiffs") be canceled.

The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on or about August 3, 2010, in Book No. 20100803 as Instrument No. 0002719 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

444762

2.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this __9th__ day of __December__, 2010.

By_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: */s/ J. Christopher Jorgensen*
    J. CHRISTOPHER JORGENSEN, ESQ.
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, NV 89169

*Attorneys for Defendants*

EXHIBIT "A"

# EXHIBIT "A"



Inst #: 201008030002719
Fees: $16.00
N/C Fee: $25.00
08/03/2010 11:14:22 AM
Receipt #: 450956
Requestor:
TAYLOR L RANDOLPS
Recorded By: JRV   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

APN# _125-13-214-012_

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Pendency Action (Lis Pendens)

**Type of Document**
(Example: Declaration of Homestead. Quit Claim Deed. etc.)

**Recording Requested By:**

Taylor L. Randolph. Esq.

**Return Documents To:**

Name _Taylor L. Randolps, Esq._

Address _1835 Village Center Circle_

City/State/Zip _Las Vegas. NV 89134_

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 ~ 06/06/2007
Coversheet.pdf

1  APN 125-13-214-012
   When recorded return to
2  **TAYLOR L. RANDOLPH, ESQ.**
   **RANDOLPH LAW FIRM, PC**
3  Nevada Bar No. 10194
4  1835 Village Center Circle
   Las Vegas, NV 89134
5  Tel: 702-556-2034

6  Fax: 702-382-8891
   Attorney for Plaintiff
7

8                    DISTRICT COURT

9                 CLARK COUNTY, NEVADA

10

11 | CHARLES HAGAN and RITA HAGAN, as husband and wife, | Case No. A-10-622038-C
12 |                                                     | Dept. No.  XVII
13 |           Plaintiffs,                               | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**
14 |   vs.                                               |
15 |                                                     |
16 | BANK OF AMERICA, a Foreign Corporation, RECONTRUST COMPANY, a Nevada Corporation, JOHN DOES 1-V; and DOE CORPORATIONS I through X inclusive, |
17 |                                                     |
18 |           Defendnats                                |
19

20

21       Notice is hereby given that an action has been commenced and is now pending in this

22 court on the Complaint of the above-named Plaintiffs against the above named Defendants,

23 seeking that the title to certain real properties belonging to certain Defendants be foreclosed

24 and/or transferred to Plaintiffs.

25

26 ///

27 ///

28 ///

1

///

The real properties in the County of Clark affected hereby are particularly described as follows:

7720 Calm Waters Street

Las Vegas, NV 89131

APN: 125-13-214-012

DATED this 30th day of July, 2010.

                          RANDOLPH LAW FIRM P.C.

                          TAYLOR L. RANDOLPH

                          Nevada Bar No. 10194

                          1835 Village Center Circle

                          Las Vegas, Nevada 89134

                          Attorney for Plaintiff